HERMAN TALMAN, RESPONDENT, v. ALBERT G. ZABRIS-
KIE, APPELLANT.

Judgment and order denying new trial reversed and new trial
granted, costs to abide event.

Opinion of BARNARD, P. J.

HENRY W. SAGE v. EDWARD ROBERTS.

Judgment affirmed, with costs.

IN THE MATTER OF THE PETITION OF THE NEW YORK AND
BRIGHTON BEACH RAILWAY COMPANY, FILED JUNE
26, 1879, AND JULY 9, ETC.

Order affirmed, with costs and disbursements.

Opinion by BARNARD, P. J.

JOHN P. HAWKINS v. DANIEL H. TERRELL.

Order affirmed, with costs and disbursements.

Opinion by BARNARD, P. J.

CONVERSVILLE COMPANY, APPELLANT, v. CHAMBERS-
BURG WOOLEN COMPANY, AND OTHERS, RESPONDENTS.

Judgment reversed and new trial granted at Special Term, costs
to abide event.

Opinion by GILBERT, J.

SAMUEL NICHOLS, JR., RESPONDENT, v. RICHARD M.
BOWNE, CHARLES NICHOLS AND OLIVER N. PAYNE,
AS EXECUTORS, ETC., OF SAMUEL NICHOLS, DECEASED,
APPELLANTS.

Judgment affirmed, with costs

Opinion by PRATT, J.

SOPHIA A. NEW, AS ADMINISTRATRIX, ETC., OF JOHN H.
OSBORN, APPELLANT, v. ANDREW COLE AND SARAH
OSBORN, AS EXECUTRIX, ETC., OF DANVERS OSBORN,
DECEASED.

Judgment affirmed, with costs.

Opinion by GILBERT, J.